# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## Austin Division

| | | |
|---|---|---|
| IN RE: **Jetall Companies**, Debtor(s) | Bankruptcy Case No.: | 24–11544–cgb |
| | Chapter No.: | 11 |
| | Judge: | Christopher G Bradley |

## TRANSMISSION OF NOTICE OF APPEAL TO DISTRICT COURT

TO THE CLERK, UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF TEXAS:

Pursuant to Fed. R. Bankr. P. 8003(d), the Bankruptcy Clerk has transmitted the Notice of Appeal filed in Bankruptcy Case No.: 24–11544–cgb . A subsequent transmittal shall be made once the record on appeal is complete pursuant to Fed. R. Bankr. P. 8010(b). The Notice of Appeal, filed by **Debtor Jetall Companies**, relates to:

CM/ECF Doc. 2 entered 12/6/2024 Order Transferring Case to the Southern District of Texas.

| | |
|---|---|
| ☑ | Filing Fee Paid |
| ☐ | Filing Fee Not Paid |
| ☑ | Additional Items: Bankruptcy Docket Sheet; List of Parties |

**REMARKS**:

Dated: 1/7/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court

BY: Rob Lawson , Deputy Clerk

**[LtrTrnNtcDCBK]** [LtrTrnNtcDCBK]