**CLOSED, TRANS−O, APPEAL**

## U.S. Bankruptcy Court
## Western District of Texas (Austin)
## Bankruptcy Petition #: 24−11544−cgb

*Assigned to:* Bankruptcy Judge Christopher G Bradley
Chapter 11
Involuntary

*Date filed:* 12/04/2024
*Date terminated:* 12/06/2024

*Debtor disposition:* Interdistrict Case Transfer

*Debtor*
**Jetall Companies**
13498 Pond Springs Rd
Austin, TX 78729
WILLIAMSON−TX
Tax ID / EIN: 54−2182089

represented by **Shea Neal Palavan**
Houstonip
5353 West Alabama Street
Suite 303
Houston, TX 77056
832−800−4133
Fax : 855−725−2826
Email: shea@houstonip.com

*Petitioning Creditor*
**EAO Global LLC**
*dba* **PopLabs**

| Filing Date | # | Docket Text |
|---|---|---|
| 01/06/2025 | 7 | Notice of Appeal Filed by Shea Neal Palavan for Debtor Jetall Companies ( Filing Fee:$ 298.00 ) (Palavan, Shea) (Attachments: # 1 Exhibit 1 − Order)(related document(s): 2 Order Transferring Case To The Southern District Of Texas (Order entered on 12/6/2024)) |
| 01/06/2025 | | ICC−Fee Terminated for Notice of Appeal( 24−11544−cgb) [appeal,ntcapl] ( 298.00), Amount $ 298.00, Receipt A25023469 (re:Doc# 7) (U.S. Treasury) |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | CHAPTER 11 |
| **JETALL COMPANIES, INC.,** | § | |
| | § | CASE NO. 24-11544-CGB |
| *Debtor.* | § | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Debtor, Jetall Companies, Inc. ("**Appellant**"), hereby respectfully 6appeals to the United States District Court for the Western District of Texas from the following Order:

a. Order Transferring Case to Southern District of Texas dated December 6, 2024 (Dkt. No. 2; the "**Order**"), attached hereto as **Exhibit 1**.

Jetall Companies, Inc., is the debtor in this bankruptcy case. The other parties to the appeal, and their respective attorneys, include the following:

| | |
|---|---|
| EAO Global, LLC d/b/a PopLabs, | Kell Corrigan Mercer |
| | **KELL C. MERCER, P.C.** |
| *Creditor.* | 901 S MoPac Expy, Bldg 1, Suite 300 |
| | Austin, Texas 78746 |
| | Tel.: (512) 627-3512 |
| | Fax: (512) 597-0767 |
| | kell.mercer@mercer-law-pc.com |

This appeal is timely filed pursuant to Rules 8002(a)(1) & 8002(b)(1)(B)-(D) of the FEDERAL RULE OF BANKRUPTCY PROCEDURE because Appellant timely filed a motion for reconsideration and relief from judgment on December 21, 2024 (*see* Dkt. No. 4), fourteen (14) days after the Order was entered (*see* Dkt. No. 2). That motion for reconsideration was dismissed by order entered on December 23, 2024 (*see* Dkt. No. 5), and this notice is filed

within fourteen (14) days from the entry of that order.

DATED: January 6, 2025

Respectfully submitted,

*/s/ Shea N. Palavan*

Shea N. Palavan (TX Bar. No. 24083616)
**houstonip**
5353 West Alabama Street, Suite 303
Houston, Texas 77056
Tel.: (832) 800-4133
Fax: (855) 725-2826
shea@houstonip.com

Justin Rayome (TX Bar No. 24130709)
5882 Sugar Hill Drive
Houston, Texas 77057
Tel.: (214) 934-9345
justinrayome3@gmail.com

*Attorneys for Debtor*,
Jetall Companies, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 6th day of January 2024, a true and correct copy of the foregoing was served on the following in accordance with the CM/ECF e-filing system, and upon all others who have consented to service in this case by registering to receive notices in this case through the CM/ECF e-filing system.

    Kell Corrigan Mercer
    **KELL C. MERCER, P.C.**
    901 S MoPac Expy, Bldg 1, Suite 300
    Austin, Texas 78746
    Tel.: (512) 627-3512
    Fax: (512) 597-0767
    kell.mercer@mercer-law-pc.com

DATED: January 6, 2025             */s/ Shea N. Palavan*
                                                Shea N. Palavan

# EXHIBIT 1

**The relief described hereinbelow is SO ORDERED.**

**Signed December 06, 2024.**

_____
**CHRISTOPHER G. BRADLEY**
**UNITED STATES BANKRUPTCY JUDGE**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| In re: § | |
| § | CASE NO. 24-11544-cgb |
| JETALL COMPANIES, INC. § | |
| § | CHAPTER 11 |
| Alleged Debtor. § | |
| § | |

## ORDER TRANSFERRING CASE TO THE SOUTHERN DISTRICT OF TEXAS

On December 4, 2024, an *Involuntary Petition Against a Non-Individual* was filed against Jetall Companies, Inc. The Court has determined that this case should be transferred to the Southern District of Texas in the interest of justice. Accordingly,

IT IS HEREBY ORDERED and NOTICE is given that the above-captioned case is transferred from this Court to the Honorable Jeffrey P. Norman in the United States Bankruptcy Court for the Southern District of Texas.

IT IS FURTHER ORDERED that the Clerk of the Court shall immediately cause a copy of this order to be served on all parties in interest in this case.

### # # #

1

**EXHIBIT 1**

6