**CLOSED, TRANS–O, APPEAL**

# U.S. Bankruptcy Court
## Western District of Texas (Austin)
### Bankruptcy Petition #: 24–11544–cgb

*Assigned to:* Bankruptcy Judge Christopher G Bradley
Chapter 11
Involuntary

*Date filed:* 12/04/2024
*Date terminated:* 12/06/2024

*Debtor disposition:* Interdistrict Case Transfer

**Debtor**
**Jetall Companies**
13498 Pond Springs Rd
Austin, TX 78729
WILLIAMSON–TX
Tax ID / EIN: 54–2182089

represented by **Shea Neal Palavan**
Houstonip
5353 West Alabama Street
Suite 303
Houston, TX 77056
832–800–4133
Fax : 855–725–2826
Email: shea@houstonip.com

*Petitioning Creditor*
**EAO Global LLC**
*dba* **PopLabs**

| Filing Date | # | Docket Text |
|---|---|---|
| 12/04/2024 | 1 | Involuntary Petition under Chapter 11 (Non–Individual) ( Filing Fee: $ 1738.00 ) Re: Jetall Companies Filed by Petitioning Creditor(s): Jetall Companies. (Palavan, Shea) |
| 12/04/2024 |  | ICC–Fee Terminated for Involuntary Petition Chapter 11( 24–11544) [misc,involp11] (1738.00), Amount $1738.00, Receipt A24953898 (re:Doc# 1) (U.S. Treasury) |
| 12/06/2024 |  | Notice of Appearance and Request for Notice (no PDF) Filed by UST Shane P. Tobin (Tobin, Shane) |
| 12/06/2024 | 2 | Order Transferring Case To The Southern District Of Texas (Order entered on 12/6/2024) (Boyd, Laurie) |
| 12/06/2024 |  | Court Public Entry: Case transferred from Texas Western has been opened in Southern District of Texas as case **24–35761**, filed on 12/04/2024 (Related Document(s): 2 Order Transferring Case To The Southern District Of Texas (Order entered on 12/6/2024)) (Benitez, Estella) . |
| 12/06/2024 |  | Bankruptcy Case Closed (Benitez, Estella) |
| 12/08/2024 | 3 | BNC Certificate of Mailing (Related Document(s): 2 Order Transferring Case To The Southern District Of Texas (Order entered on 12/6/2024)) Notice Date 12/08/2024. (Admin.) |

| | | | |
|---|---|---|---|
| 12/21/2024 | | 4 | Motion to Vacate Order filed by Shea Neal Palavan for Debtor Jetall Companies (Attachments: # 1 Proposed Order Granting Motion # 2 Exhibit 1 – Hearing Transcript)(Palavan, Shea) (Related Document(s): 2 Order Transferring Case To The Southern District Of Texas (Order entered on 12/6/2024)) |
| 12/23/2024 | | 5 | **Order Dismissing Document for Lack of Compliance** (related document(s): 4 Motion to Vacate Order filed by Shea Neal Palavan for Debtor Jetall Companies (Attachments: # 1 Proposed Order Granting Motion # 2 Exhibit 1 – Hearing Transcript)(Palavan, Shea) (Related Document(s): 2 Order Transferring Case To The Southern District Of Texas (Order entered on 12/6/2024))) (Order entered on 12/23/2024) (Benitez, Estella) |
| 12/25/2024 | | 6 | BNC Certificate of Mailing (Related Document(s): 5 **Order Dismissing Document for Lack of Compliance** (related document(s): 4 Motion to Vacate Order filed by Shea Neal Palavan for Debtor Jetall Companies (Attachments: # 1 Proposed Order Granting Motion # 2 Exhibit 1 – Hearing Transcript)(Palavan, Shea) (Related Document(s): 2 Order Transferring Case To The Southern District Of Texas (Order entered on 12/6/2024))) (Order entered on 12/23/2024)) Notice Date 12/25/2024. (Admin.) |
| 01/06/2025 | | 7 | Notice of Appeal Filed by Shea Neal Palavan for Debtor Jetall Companies ( Filing Fee:$ 298.00 ) (Palavan, Shea) (Attachments: # 1 Exhibit 1 – Order)(related document(s): 2 Order Transferring Case To The Southern District Of Texas (Order entered on 12/6/2024)) |
| 01/06/2025 | | | ICC–Fee Terminated for Notice of Appeal( 24–11544–cgb) [appeal,ntcapl] ( 298.00), Amount $ 298.00, Receipt A25023469 (re:Doc# 7) (U.S. Treasury) |