## <u>24-11544 Jetall Companies, *Debtor, Involuntary Chapter 11*</u>

### List of Parties to Notice of Appeal

### Notice of Appeal – CM/ECF Doc #7 – Filed on behalf of Debtor Jetall Companies

### <u>Appellant</u>:

| | | |
|---|---|---|
| **Jetall Companies, Inc.**<br>13498 Pond Springs Rd<br>Austin, TX 78729<br><br>*(Debtor / Appellant)* | Represented by | Shea Neal Palavan<br>Houstonip<br>5353 West Alabama Street<br>Suite 303<br>Houston, TX 77056<br>832-800-4133<br>855-725-2826 (fax)<br>shea@houstonip.com |

### <u>Appellee</u>:

| | | |
|---|---|---|
| **EAO Global LLC**<br>*dba* **PopLabs**<br><br>*(Petitioning Creditor / Appellee)* | Represented by | Kell Corrigan Mercer<br>**KELL C. MERCER, P.C.**<br>901 S MoPac Expy, Bldg 1, Suite 300<br>Austin, Texas 78746<br>Tel.: (512) 627-3512<br>Fax: (512) 597-0767<br>kell.mercer@mercer-law-pc.com |

### <u>Interested Party</u>:

| | | |
|---|---|---|
| **United States Trustee - AU12**<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701<br>(512) 916-5330<br>ustpregion07.au.ecf@usdoj.gov<br><br>*(U.S. Trustee / Interested Party)* | Represented by | **Shane P. Tobin**<br>903 San Jacinto Blvd.<br>Room 230<br>Austin, TX 78701<br>512-916-5348<br>shane.p.tobin@usdoj.gov |